UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Dawn Delores Johnson                          Docket No. 5:08-CR-137-2FL

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Dawn Delores Johnson, who, upon an earlier plea of guilty to Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a) and (2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on May 13, 2009, to the custody of the Bureau of Prisons for a term of 89 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Dawn Delores Johnson was released from custody on December 30, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 15, 2015, the defendant admitted to the probation officer that she consumed brownies made with marijuana at a family gathering the previous weekend. Drug testing results confirmed the presence of marijuana. Johnson requested to participate in HOPE Court and has been accepted into the program. As such, additional conditions of supervision are required for her participation in the program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Julie Wise Rosa |
| Michael C. Brittain | Julie Wise Rosa |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8675 |
| | Executed On: June 5, 2015 |

**Dawn Delores Johnson**
**Docket No.: 5:08-CR-137-2FL**
**Petition for Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __8th__ day of ____June____, 2015 and ordered, filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge