UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dawn Delores Johnson            Docket No. 5:08-CR-137-2FL

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Dawn Delores Johnson, who, upon an earlier plea of guilty to Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a) and 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on May 13, 2009, to the custody of the Bureau of Prisons for a term of 89 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

    Dawn Delores Johnson was released from custody on December 30, 2014, at which time the term of supervised release commenced.

Johnson, a participant of HOPE Court, tested positive for the use of marijuana on February 22, 2016. In response to this behavior, the HOPE team directed the defendant to restart Phase IV of the program and return to intensive outpatient substance abuse treatment. Additionally, the defendant was instructed to perform community service and serve a period of home confinement. A petition was signed by the court modifying Johnson's conditions of supervision to include community service hours and 30 days of home detention.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 3, 2016, the defendant tested positive for marijuana. Additionally, she tested positive for the use of cocaine and marijuana on April 7, 2016, and admitted to smoking marijuana again on April 20, 2016. Based upon her actions, the HOPE team directed the defendant to restart Phase III of the program, increase her participation in intensive outpatient treatment, and complete writing assignments to include a thinking report and an exercise on honesty. It was further directed that if Johnson intends to remain in the HOPE Program, she must agree to at least 30 days, but not more than 90 days, of public law placement in the residential reentry center. Johnson expressed her desire to remain in the program and subsequently signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of at least 30 days, but no more than 90 days, as arranged by the probation office and shall abide by the conditions of that program during said placement.

**Dawn Delores Johnson**
**Docket No. 5:08-CR-137-2FL**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie Wise Rosa
Julie Wise Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8675
Executed On: May 3, 2016

### ORDER OF THE COURT

Considered and ordered this __3rd__ day of __May__, 2016 and ordered filed and made a part of the records in the above case.

_Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge