| | | |
|---|---|---|
| **United States Of America** | ) | JUDGMENT |
| | ) | (AMENDED) |
| vs. | ) | |
| | ) | |
| **Dawn Delores Johnson** | ) | |
| | ) | |

On May 13, 2009, Dawn Delores Johnson appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a) and 2, was sentenced to the custody of the Bureau of Prisons for a term of 89 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Dawn Delores Johnson was released from custody and the term of supervised release commenced on December 30, 2014.

From evidence presented at the revocation hearing on September 07, 2016, the court finds as a fact that Dawn Delores Johnson, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 8 months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 7th day of September, 2016.

_____
Louise W. Flanagan
U.S. District Judge